UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICH STANEK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOBILEIRON, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-07814-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

　　　　Plaintiff Rich Stanek filed this lawsuit on November 5, 2020, and the deadline for service was February 3, 2021. Fed. R. Civ. P. 4(m). However, no appearance has been made by any defendant. And there is no indication on the docket that any defendant has been served with process or that plaintiff has sought an extension of time to do so. Additionally, upon the filing of this action an initial case management conference was set for February 9, 2021, and a case management statement was due by February 2, 2021. Dkt. No. 5; Civil L.R. 16. No case management statement has been filed.

　　　　Accordingly, the case management conference set for February 9, 2021 is vacated. Instead, by **February 9, 2021** plaintiff shall file a response to this order, showing cause why this action should not be dismissed for failure to prosecute and to comply with applicable rules and orders.

　　　　**IT IS SO ORDERED.**

Dated: February 4, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge